No. 00–6668. ADDLEMAN v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6678. STEELMAN v. ALAMEIDA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6679. HALL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–6681. GRIMES v. MUELLER. Ct. App. Colo. Certiorari denied.

No. 00–6688. HOWLE v. WARD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6690. MANLEY v. MARICOPA COUNTY SHERIFF'S OFFICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6691. KELLEY v. WYANT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–6704. JONES v. ALLEN COUNTY, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–6708. HARRIS v. PRESTON SCHOOL OF INDUSTRY ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6709. GRANTLAND v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–6718. NELSON v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6719. PITRE v. JAMES ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6726. WILLIAMS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–6728. KILLICK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6730. STANLEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.